UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| --- | --- | --- |
|  | ) |  |
| v. | ) | 18 U.S.C. § 876(c)  CR224-0005 |
|  | ) | Mailing Threatening |
| ANDRE TWITTY | ) | Communications |
|  | ) |  |
|  | ) | 18 U.S.C. § 115(a)(1)(B) |
|  | ) | Impeding and Retaliating Against |
|  | ) | Federal Law Enforcement by |
|  | ) | Threats |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:** Mailing Threatening Communications
18 U.S.C. § 876(c)
- Not more than ten (10) years imprisonment
- Not more than a $250,000 fine
- Not less than three (3) years of supervised release
- $100 special assessment

**Count 2:** Impeding and Retaliating Against Federal Officials by Threatening
18 U.S.C. § 115(a)(1)(B)
- Not more than ten (10) years imprisonment
- Not more than a $250,000 fine
- Not less than three (3) years of supervised release
- $100 special assessment



Respectfully submitted,
JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Sherri A. Stephan*

Sherri A. Stephan
Assistant United States Attorney
PA Bar Number 78399